**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7067**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRELL W. SAMUEL,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Dennis W. Shedd, District Judge.
(CR-94-773)

---

Submitted:  December 20, 2000          Decided:  January 8, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Darrell W. Samuel, Appellant Pro Se.  Beth Drake, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrell W. Samuel seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] United States v. Samuel, No. CR-94-773 (D.S.C. June 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Samuel filed timely objections to the magistrate judge's report. He raised specific objections to four of the claims asserted in his § 2255 motion and supplements to the motion. Samuel has waived appellate review of the claims for which no objections were noted. See Crum v. Sullivan, 921 F.2d 642, 645 (6th Cir. 1990); Praylow v. Martin, 761 F.2d 179, 181 n.1 (4th Cir. 1985) (party precluded from raising issue on appeal when no objections filed as to that issue).